

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00423-CV

Art **TONTIPLAPHOL**, M.D.; Bongsun "Sunny" Rich; and Methodist Healthcare System of
San Antonio, Ltd., L.L.P. d/b/a Methodist Hospital,
Appellants

v.

Melba Ortiz **URDIALES**, as Personal Representative of the Estate of Graciela Urdiales,
Deceased; Ricardo Urdiales; Ricardo Miguel Urdiales; Melba Ortiz Urdiales; and Gerardo
Daniel Urdiales,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI21571
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

The Clerk of the Court is DIRECTED to restyle "The Estate of Graciela Urdiales,
Deceased" to "Melba Ortiz Urdiales, as Personal Representative of the Estate of Graciela Urdiales,
Deceased."

In accordance with this court's opinion of this date, the trial court's "Order Granting
Defendants' Motions to Dismiss for Untimely § 74.351 Report," signed on June 6, 2024, is
REVERSED insofar as the order does not dismiss with prejudice all claims asserted by Melba
Ortiz Urdiales, as Personal Representative of the Estate of Graciela Urdiales, Deceased, Ricardo
Urdiales, Ricardo Miguel Urdiales, Melba Ortiz Urdiales, and Gerardo Daniel Urdiales, against
Art Tontiplaphol, M.D., Bongsun "Sunny" Rich, N.P., Methodist Healthcare System of San
Antonio, Ltd., L.L.P. d/b/a Methodist Hospital.

It is RENDERED that all claims asserted by Melba Ortiz Urdiales, as Personal
Representative of the Estate of Graciela Urdiales, Deceased, Ricardo Urdiales, Ricardo Miguel
Urdiales, Melba Ortiz Urdiales, and Gerardo Daniel Urdiales against Art Tontiplaphol, M.D.,

Bongsun "Sunny" Rich, N.P., Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Methodist Hospital are DISMISSED WITH PREJUDICE.

The cause is REMANDED to the trial court for it to consider the amount of reasonable attorney's fees and costs of court incurred by Art Tontiplaphol, M.D., Bongsun "Sunny" Rich, N.P., and Methodist Healthcare System of San Antonio, Ltd., L.L.P. d/b/a Methodist Hospital.

It is ORDERED that costs are taxed against Melba Ortiz Urdiales, as Personal Representative of the Estate of Graciela Urdiales, Deceased, Ricardo Urdiales, Ricardo Miguel Urdiales, Melba Ortiz Urdiales, and Gerardo Daniel Urdiales.

SIGNED April 30, 2025.

_____
Rebeca C. Martinez, Chief Justice